No. 488. NEW YORK CENTRAL RAILROAD COMPANY *v.* WILLIAM P. GALLAGHER, AS GUARDIAN OF ANNA L. GEARRITY, ET AL. October 21, 1918. Petition for a writ of certiorari to the Supreme Court of the State of New

York denied. *Mr. Robert E. Whalen* and *Mr. Frank V. Whiting* for petitioner. *Mr. Merton E. Lewis* and *Mr. E. Clarence Aiken* for respondent.